NO. 07-06-0251-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 21, 2006

_____

THE CITY OF LEVELLAND,

Appellant

V.

BILL AND NANCY CARR,

Appellees

_____

FROM THE 286th DISTRICT COURT OF HOCKLEY COUNTY;

NO. 05-09-20167; HON. HAROLD PHELAN, PRESIDING

_____

***ORDER DISMISSING APPEAL***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

The City of Levelland moves to dismiss its interlocutory appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam